RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 6/25/09
BY Bm

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| NOBLE BATES | CIVIL ACTION NO. 06-cv-0637 |
| VERSUS | JUDGE STAGG |
| WARDEN LOUISIANA STATE PENITENTIARY | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus is **denied** and Petitioner's complaint is **dismissed with prejudice**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 29th day of June, 2009.

TOM STAGG
UNITED STATES DISTRICT JUDGE